No. 91–2046. MORGAN *v.* AISPURO, SUPERINTENDENT, CALIFORNIA STATE PRISON AT CORCORAN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–2048. TSAI *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–2049. LE'MON *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 10th Cir. Certiorari denied.

No. 91–2050. BESING ET AL. *v.* SEELIGSON, DOUGLASS, FALCONER & VANDEN EYKEL, P. C., ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–2052. FIRST NATIONAL BANK OF CHICAGO, TRUSTEE OF INSTITUTIONAL REAL ESTATE FUND F *v.* COMPTROLLER OF THE CURRENCY. C. A. 7th Cir. Certiorari denied.

No. 91–2053. SUMWALT ET AL. *v.* BOICE, TRUSTEE IN BANKRUPTCY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–2055. BENNETT *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 91–2056. JACOBSON ET AL. *v.* CINCINNATI BOARD OF EDUCATION ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–2058. COLLINS ET AL. *v.* BURLINGTON NORTHERN RAILROAD CO. C. A. 9th Cir. Certiorari denied.

No. 91–2059. CEDARMINN BUILDING LIMITED PARTNERSHIP ET AL. *v.* RESOLUTION TRUST CORPORATION, AS RECEIVER FOR MIDWEST ASSN., F. A. C. A. 8th Cir. Certiorari denied.

No. 91–2060. TESTA ET AL. *v.* UNITED STATES;
No. 91–8645. MANGIALINO *v.* UNITED STATES;
No. 91–8646. PROFETA *v.* UNITED STATES; and
No. 91–8670. REGA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 954 F. 2d 839 and 956 F. 2d 1160.